UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:11-CR-103 |
| v. | ) | |
| | ) | COLLIER/CARTER |
| LARRY GIBBY | ) | |
| | ) | |

**O R D E R**

Magistrate Judge William B. Carter filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to all counts of the three-count Indictment; (2) accept Defendant's plea of guilty to all counts of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in all counts of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [Court File No. 19]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Court File No. 19] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to all counts of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty on all counts of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in all counts of the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Thursday, September 28, 2012 at 2:00 p.m.** before the

Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**